**Fill in this information to identify the case:**

United States Bankruptcy Court for the:

Central District of California
_(State)_

Case number *(If known):* _____   Chapter **11**

FILED

APR 28 2016

CLERK U.S. BANKRUPTCY COURT
CENTRAL DISTRICT OF CALIFORNIA
BY: _____ Deputy Clerk

☐ Check if this is an
amended filing

**Official Form 201**

# Voluntary Petition for Non-Individuals Filing for Bankruptcy

04/16

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals*, is available.

| | |
|---|---|
| 1. **Debtor's name** | St. Luke Baptist Church |
| 2. **All other names debtor used in the last 8 years**<br><br>Include any assumed names, trade names, and *doing business as* names | St. Luke Holy Baptist Church |
| 3. **Debtor's federal Employer Identification Number (EIN)** | 95-2644227 |

4. **Debtor's address**

| Principal place of business | Mailing address, if different from principal place of business |
|---|---|
| 1401 W. 34th Street<br>Number   Street | Same<br>Number   Street |
| | P.O. Box |
| LongBeach CA 90810<br>City   State   ZIP Code | City   State   ZIP Code |
| | Location of principal assets, if different from principal place of business |
| Los Angeles<br>County | Same<br>Number   Street |
| | City   State   ZIP Code |

5. **Debtor's website (URL)**   Not Applicable

6. **Type of debtor**

☒ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))

☐ Partnership (excluding LLP)

☐ Other. Specify: _____

Debtor   **St. Luke Baptist Church**

Name

Case number (if known) _____

**7. Describe debtor's business**

**A.** *Check one:*

- ☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))
- ☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))
- ☐ Railroad (as defined in 11 U.S.C. § 101(44))
- ☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))
- ☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))
- ☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))
- ☒ None of the above

**B.** *Check all that apply:*

- ☒ Tax-exempt entity (as described in 26 U.S.C. § 501)
- ☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. § 80a-3)
- ☐ Investment advisor (as defined in 15 U.S.C. § 80b-2(a)(11))

**C.** NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See http://www.uscourts.gov/four-digit-national-association-naics-codes .

___ ___ ___ ___

**8. Under which chapter of the Bankruptcy Code is the debtor filing?**

*Check one:*

- ☐ Chapter 7
- ☐ Chapter 9
- ☒ Chapter 11. *Check all that apply:*
  - ☒ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,566,050 (amount subject to adjustment on 4/01/19 and every 3 years after that).
  - ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).
  - ☐ A plan is being filed with this petition.
  - ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).
  - ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.
  - ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.
- ☐ Chapter 12

**9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

If more than 2 cases, attach a separate list.

- ☒ No
- ☐ Yes. District _____ When ___/___/_____ Case number _____
  MM / DD / YYYY
  District _____ When ___/___/_____ Case number _____
  MM / DD / YYYY

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

List all cases. If more than 1, attach a separate list.

- ☒ No
- ☐ Yes. Debtor _____ Relationship _____
  District _____ When ___/___/_____
  MM / DD / YYYY
  Case number, if known _____

Official Form 201          Voluntary Petition for Non-Individuals Filing for Bankruptcy          page 2

Debtor  **St. Luke Baptist Church**
Name

Case number (if known) _____

**11. Why is the case filed in this district?**

Check all that apply:

☒ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

☒ No

☐ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (Check all that apply.)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.

What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other _____

Where is the property? _____
                        Number        Street

_____

_____
City                                    State      ZIP Code

Is the property insured?

☐ No

☒ Yes. Insurance agency   **Promont Advisors, LLC**

Contact name   **Jeffrey Longbons/Andrea Saput**

Phone   **(800) 843-6054**

---

**Statistical and administrative information**

**13. Debtor's estimation of available funds**

Check one:

☐ Funds will be available for distribution to unsecured creditors.

☒ After any administrative expenses are paid, no funds will be available for distribution to unsecured creditors.

**14. Estimated number of creditors**

☒ 1-49
☐ 50-99
☐ 100-199
☐ 200-999

☐ 1,000-5,000
☐ 5,001-10,000
☐ 10,001-25,000

☐ 25,001-50,000
☐ 50,001-100,000
☐ More than 100,000

**15. Estimated assets**

☐ $0-$50,000
☐ $50,001-$100,000
☐ $100,001-$500,000
☒ $500,001-$1 million

☐ $1,000,001-$10 million
☐ $10,000,001-$50 million
☐ $50,000,001-$100 million
☐ $100,000,001-$500 million

☐ $500,000,001-$1 billion
☐ $1,000,000,001-$10 billion
☐ $10,000,000,001-$50 billion
☐ More than $50 billion

Debtor _St. Luke Baptist Church_____   Case number (if known)_____
Name

**16. Estimated liabilities**

- ☐ $0-$50,000
- ☐ $50,001-$100,000
- ☒ $100,001-$500,000
- ☐ $500,001-$1 million
- ☐ $1,000,001-$10 million
- ☐ $10,000,001-$50 million
- ☐ $50,000,001-$100 million
- ☐ $100,000,001-$500 million
- ☐ $500,000,001-$1 billion
- ☐ $1,000,000,001-$10 billion
- ☐ $10,000,000,001-$50 billion
- ☐ More than $50 billion

---

## Request for Relief, Declaration, and Signatures

**WARNING** -- Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

- ☒ The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

- ☒ I have been authorized to file this petition on behalf of the debtor.

- ☒ I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on 04 / 28 / 2016
MM / DD / YYYY

✗ _(signature)_____   Michele A. Dobson
Signature of authorized representative of debtor   Printed name

Title _Attorney / Agent for Debtor_

**18. Signature of attorney**

✗ _(signature)_____   Date 04 / 28 / 2016
Signature of attorney for debtor   MM / DD / YYYY

Michele A. Dobson
Printed name

LAW OFFICES OF MICHELE A. DOBSON
Firm name

4117 East 4th Street
Number       Street

Long Beach                CA     90814
City                      State  ZIP Code

(562) 433-7718            longbeachesq@
Contact phone            Email address  gmail.com

192349                   CA
Bar number               State

---

## STATEMENT OF RELATED CASES
### INFORMATION REQUIRED BY LBR 1015-2
### UNITED STATES BANKRUPTCY COURT, CENTRAL DISTRICT OF CALIFORNIA

1. A petition under the Bankruptcy Act of 1898 or the Bankruptcy Reform Act of 1978 has previously been filed by or against the debtor, his/her spouse, his or her current or former domestic partner, an affiliate of the debtor, any copartnership or joint venture of which debtor is or formerly was a general or limited partner, or member, or any corporation of which the debtor is a director, officer, or person in control, as follows: (Set forth the complete number and title of each such prior proceeding, date filed, nature thereof, the Bankruptcy Judge and court to whom assigned, whether still pending and, if not, the disposition thereof.  If none, so indicate.  Also, list any real property included in Schedule A that was filed with any such prior proceeding(s).)

2. (If petitioner is a partnership or joint venture) A petition under the Bankruptcy Act of 1898 or the Bankruptcy Reform Act of 1978 has previously been filed by or against the debtor or an affiliate of the debtor, or a general partner in the debtor, a relative of the general partner, general partner of, or person in control of the debtor, partnership in which the debtor is a general partner, general partner of the debtor, or person in control of the debtor as follows:  (Set forth the complete number and title of each such prior proceeding, date filed, nature of the proceeding, the Bankruptcy Judge and court to whom assigned, whether still pending and, if not, the disposition thereof. If none, so indicate. Also, list any real property included in Schedule A that was filed with any such prior proceeding(s).)

3. (If petitioner is a corporation) A petition under the Bankruptcy Act of 1898 or the Bankruptcy Reform Act of 1978 has previously been filed by or against the debtor, or any of its affiliates or subsidiaries, a director of the debtor, an officer of the debtor, a person in control of the debtor, a partnership in which the debtor is general partner, a general partner of the debtor, a relative of the general partner, director, officer, or person in control of the debtor, or any persons, firms or corporations owning 20% or more of its voting stock as follows: (Set forth the complete number and title of each such prior proceeding, date filed, nature of proceeding, the Bankruptcy Judge and court to whom assigned, whether still pending, and if not, the disposition thereof. If none, so indicate.  Also, list any real property included in Schedule A that was filed with any such prior proceeding(s).)

Case# 2:16-bk-12468-RK Case Filed 02/29/2016 / Judge Robert N.Kwan Dismissed for Other Reasons 4-21-2016

4. (If petitioner is an individual) A petition under the Bankruptcy Reform Act of 1978, including amendments thereof, has been filed by or against the debtor within the last 180 days:  (Set forth the complete number and title of each such prior proceeding, date filed, nature of proceeding, the Bankruptcy Judge and court to whom assigned, whether still pending, and if not, the disposition thereof. If none, so indicate.  Also, list any real property included in Schedule A that was filed with any such prior proceeding(s).)

I declare, under penalty of perjury, that the foregoing is true and correct.

Executed at Long Beach, California

Date: 4-26-2016

_____
Signature of Debtor

_____
Signature of Joint Debtor

This form is mandatory.  It has been approved for use in the United States Bankruptcy Court for the Central District of California.

**Fill in this information to identify the case:**

Debtor name _St. Luke Baptist Church_

United States Bankruptcy Court for the: _Central_ District of _CA_
(State)

Case number (If known): _____

☐ Check if this is an
amended filing

# Official Form 206Sum

## Summary of Assets and Liabilities for Non-Individuals    12/15

**Part 1:    Summary of Assets**

1. **Schedule A/B: Assets–Real and Personal Property** (Official Form 206A/B)

   1a. **Real property:**
   Copy line 88 from Schedule A/B.................................................................... $ 1,298,807 .00

   1b. **Total personal property:**
   Copy line 91A from Schedule A/B................................................................. $ 403,000 .00

   1c. **Total of all property:**
   Copy line 92 from Schedule A/B................................................................. $ 1,701,807 .00

**Part 2:    Summary of Liabilities**

2. **Schedule D: Creditors Who Have Claims Secured by Property** (Official Form 206D)
   Copy the total dollar amount listed in Column A, Amount of claim, from line 3 of Schedule D.............................. $ 403,000 .00

3. **Schedule E/F: Creditors Who Have Unsecured Claims** (Official Form 206E/F)

   3a. **Total claim amounts of priority unsecured claims:**
   Copy the total claims from Part 1 line 5a of Schedule E/F............................................ $ 0

   3b. **Total amount of claims of nonpriority amount of unsecured claims:**
   Copy the total of the amount of claims from Part 2 line 5b of Schedule E/F........................... + $ 0

4. **Total liabilities.................................................................** $ 403,000 .00
   Lines 2 + 3a + 3b

**Fill in this information to identify the case:**

Debtor name _St. Luke Baptist Church_

United States Bankruptcy Court for the: _Central_ District of _CA_
(State)

Case number (If known): _____

☐ Check if this is an amended filing

Official Form 206A/B

# Schedule A/B: Assets — Real and Personal Property                    12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

## Part 1:   Cash and cash equivalents

1. **Does the debtor have any cash or cash equivalents?**

☐ No. Go to Part 2.
☑ Yes. Fill in the information below.

**All cash or cash equivalents owned or controlled by the debtor**

Current value of debtor's interest

2. **Cash on hand**                                                    $ _0_

3. **Checking, savings, money market, or financial brokerage accounts** *(Identify all)*

| | Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | Current value of debtor's interest |
|---|---|---|---|---|
| 3.1. | Bank of America | Building Fund | 7 9 9 2 | $ 1400.00 |
| 3.2. | Bank of America | General Acct | 8 9 4 3 | $ 1000.00 |
| 3.3. | Bank of America | Benevolent Acct | 8 9 0 5 | $ 4100.00 |

4. **Other cash equivalents** *(Identify all)*

| | | |
|---|---|---|
| 4.1. | N/A | $ 0 |
| 4.2. | N/A | $ 0 |

5. **Total of Part 1**
Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.                   $ 6500.00

## Part 2:   Deposits and prepayments

6. **Does the debtor have any deposits or prepayments?**

☑ No. Go to Part 3.
☐ Yes. Fill in the information below.

Current value of debtor's interest

7. **Deposits, including security deposits and utility deposits**

Description, including name of holder of deposit

| | | |
|---|---|---|
| 7.1. | _____ | $ _____ |
| 7.2. | _____ | $ _____ |

Debtor _____    Case number *(if known)*_____
     Name

8. **Prepayments, including prepayments on executory contracts, leases, insurance, taxes, and rent**

   Description, including name of holder of prepayment

   8.1._____    $_____

   8.2._____    $_____

9. **Total of Part 2.**    $_____

   Add lines 7 through 8. Copy the total to line 81.

---

## Part 3:   Accounts receivable

10. **Does the debtor have any accounts receivable?**

   ☒ No. Go to Part 4.

   ☐ Yes. Fill in the information below.

                                                  **Current value of debtor's interest**

11. **Accounts receivable**

   11a. 90 days old or less:    _____ – _____ = ........→    $_____
                           face amount     doubtful or uncollectible accounts

   11b. Over 90 days old:    _____ – _____ = ........→    $_____
                           face amount     doubtful or uncollectible accounts

12. **Total of Part 3**    $_____

   Current value on lines 11a + 11b = line 12. Copy the total to line 82.

---

## Part 4:   Investments

13. **Does the debtor own any investments?**

   ☒ No. Go to Part 5.

   ☐ Yes. Fill in the information below.

                                    **Valuation method used for current value**    **Current value of debtor's interest**

14. **Mutual funds or publicly traded stocks not included in Part 1**

   Name of fund or stock:

   14.1._____    _____    $_____

   14.2._____    _____    $_____

15. **Non-publicly traded stock and interests in incorporated and unincorporated businesses, including any interest in an LLC, partnership, or joint venture**

   Name of entity:                % of ownership:

   15.1._____    _____%    _____    $_____

   15.2._____    _____%    _____    $_____

16. **Government bonds, corporate bonds, and other negotiable and non-negotiable instruments not included in Part 1**

   Describe:

   16.1._____    _____    $_____

   16.2._____    _____    $_____

17. **Total of Part 4**    $_____

   Add lines 14 through 16. Copy the total to line 83.

Debtor _St. Vire Taylor Shower_
            Name _____        Case number (if known) _____

## Part 5:   Inventory, excluding agriculture assets

18. **Does the debtor own any inventory (excluding agriculture assets)?**

  ☒ No. Go to Part 6.
  ☐ Yes. Fill in the information below.

| General description | Date of the last physical inventory | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 19. Raw materials | | | | |
| _____ | ___/___/___ MM / DD / YYYY | $_____ | _____ | $_____ |
| 20. Work in progress | | | | |
| _____ | ___/___/___ MM / DD / YYYY | $_____ | _____ | $_____ |
| 21. Finished goods, including goods held for resale | | | | |
| _____ | ___/___/___ MM / DD / YYYY | $_____ | _____ | $_____ |
| 22. Other inventory or supplies | | | | |
| _____ | ___/___/___ MM / DD / YYYY | $_____ | _____ | $_____ |

23. **Total of Part 5**

   Add lines 19 through 22. Copy the total to line 84.

   $_____

24. **Is any of the property listed in Part 5 perishable?**

  ☒ No
  ☐ Yes

25. **Has any of the property listed in Part 5 been purchased within 20 days before the bankruptcy was filed?**

  ☒ No
  ☐ Yes. Book value _____   Valuation method _____   Current value _____

26. **Has any of the property listed in Part 5 been appraised by a professional within the last year?**

  ☒ No
  ☐ Yes

## Part 6:   Farming and fishing-related assets (other than titled motor vehicles and land)

27. **Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

  ☒ No. Go to Part 7.
  ☐ Yes. Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 28. Crops—either planted or harvested | | | |
| _____ | $_____ | _____ | $_____ |
| 29. Farm animals Examples: Livestock, poultry, farm-raised fish | | | |
| _____ | $_____ | _____ | $_____ |
| 30. Farm machinery and equipment  (Other than titled motor vehicles) | | | |
| _____ | $_____ | _____ | $_____ |
| 31. Farm and fishing supplies, chemicals, and feed | | | |
| _____ | $_____ | _____ | $_____ |
| 32. Other farming and fishing-related property not already listed in Part 6 | | | |
| _____ | $_____ | _____ | $_____ |

Debtor  _F. Luke Baptist Church_                        Case number _(if known)_ _____
      Name

33. **Total of Part 6.**                                                    $_____
    Add lines 28 through 32. Copy the total to line 85.

34. **Is the debtor a member of an agricultural cooperative?**
    ☒ No
    ☐ Yes. Is any of the debtor's property stored at the cooperative?
        ☐ No
        ☐ Yes

35. **Has any of the property listed in Part 6 been purchased within 20 days before the bankruptcy was filed?**
    ☒ No
    ☐ Yes. Book value $_____  Valuation method _____  Current value $_____

36. **Is a depreciation schedule available for any of the property listed in Part 6?**
    ☒ No
    ☐ Yes

37. **Has any of the property listed in Part 6 been appraised by a professional within the last year?**
    ☒ No
    ☐ Yes

| Part 7: | Office furniture, fixtures, and equipment; and collectibles |
|---------|-------------------------------------------------------------|

38. **Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

    ☐ No. Go to Part 8.
    ☒ Yes. Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 39. **Office furniture** | $ 1500.00 | Goodwill | $ 1500.00 |
| 40. **Office fixtures** | $ 500.00 | Debtor Estimate | $ 500.00 |
| 41. **Office equipment, including all computer equipment and communication systems equipment and software** | $ 1200.00 | Debtor Estimate | $ 1200.00 |
| 42. **Collectibles** _Examples:_ Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; china and crystal; stamp, coin, or baseball card collections; other collections, memorabilia, or collectibles | | | 0 |
| 42.1  N/A | $ | _____ | $ |
| 42.2 | $ | _____ | $ |
| 42.3 | $ | _____ | $ |

43. **Total of Part 7.**                                                    $ 3200.00
    Add lines 39 through 42. Copy the total to line 86.

44. **Is a depreciation schedule available for any of the property listed in Part 7?**
    ☒ No
    ☐ Yes

45. **Has any of the property listed in Part 7 been appraised by a professional within the last year?**
    ☒ No
    ☐ Yes

Debtor _____ J. Luke Baptist _____    Case number _(if known)_ _____
    Name

## Part 8:    Machinery, equipment, and vehicles

46. **Does the debtor own or lease any machinery, equipment, or vehicles?**
  ☒ No. Go to Part 9.
  ☐ Yes. Fill in the information below.

| General description<br><br>Include year, make, model, and identification numbers (i.e., VIN, HIN, or N-number) | Net book value of debtor's interest<br><br>(Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| **47. Automobiles, vans, trucks, motorcycles, trailers, and titled farm vehicles** | | | |
| 47.1 _____ | $_____ | _____ | $_____ |
| 47.2 _____ | $_____ | _____ | $_____ |
| 47.3 _____ | $_____ | _____ | $_____ |
| 47.4 _____ | $_____ | _____ | $_____ |
| **48. Watercraft, trailers, motors, and related accessories** Examples: Boats, trailers, motors, floating homes, personal watercraft, and fishing vessels | | | |
| 48.1 _____ | $_____ | _____ | $_____ |
| 48.2 _____ | $_____ | _____ | $_____ |
| **49. Aircraft and accessories** | | | |
| 49.1 _____ | $_____ | _____ | $_____ |
| 49.2 _____ | $_____ | _____ | $_____ |
| **50. Other machinery, fixtures, and equipment (excluding farm machinery and equipment)** | | | |
| _____ | $_____ | _____ | $_____ |

51. **Total of Part 8.**
Add lines 47 through 50. Copy the total to line 87.

     $_____

52. **Is a depreciation schedule available for any of the property listed in Part 8?**
  ☒ No
  ☐ Yes

53. **Has any of the property listed in Part 8 been appraised by a professional within the last year?**
  ☒ No
  ☐ Yes

Debtor _St. Luke Baptist Church_____   Case number _(if known)_____
       Name

## Part 9:   Real property

54. **Does the debtor own or lease any real property?**

☐ No. Go to Part 10.

☒ Yes. Fill in the information below.

55. **Any building, other improved real estate, or land which the debtor owns or in which the debtor has an interest**

| Description and location of property<br>Include street address or other description such as Assessor Parcel Number (APN), and type of property (for example, acreage, factory, warehouse, apartment or office building), if available. | Nature and extent of debtor's interest in property | Net book value of debtor's interest<br>(Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 55.1  3415 Delta Ave  APN# 7311-011-001 | 100% | $ 373,722 | Title Search | $ 263,722 |
| 55.2  1401 W. 34th St.  APN# 7311-011-002 | 100% | $ 770,899 | Title Search | $ 397,623 |
| 55.3  3406 Denver Ave  APN# 7311-011-003 | 100% | $ 319,344 | Title Search | $ 294,508 |
| 55.4  3420 Denver Ave  APN# 7311-011-004 | 100% | $ 367,790 | Title Search | $ 342,954 |
| 55.5 | | $ | | $ |
| 55.6 | | $ | | $ |

56. **Total of Part 9.**

Add the current value on lines 55.1 through 55.6 and entries from any additional sheets. Copy the total to line 88.

$ 1,298,807.00

57. **Is a depreciation schedule available for any of the property listed in Part 9?**

☒ No

☐ Yes

58. **Has any of the property listed in Part 9 been appraised by a professional within the last year?**

☒ No

☐ Yes

## Part 10:   Intangibles and intellectual property

59. **Does the debtor have any interests in intangibles or intellectual property?**

☒ No. Go to Part 11.

☐ Yes. Fill in the information below.

| General description | Net book value of debtor's interest<br>(Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 60. **Patents, copyrights, trademarks, and trade secrets** | $ | | $ |
| 61. **Internet domain names and websites** | $ | | $ |
| 62. **Licenses, franchises, and royalties** | $ | | $ |
| 63. **Customer lists, mailing lists, or other compilations** | $ | | $ |
| 64. **Other intangibles, or intellectual property** | $ | | $ |
| 65. **Goodwill** | $ | | $ |

66. **Total of Part 10.**

Add lines 60 through 65. Copy the total to line 89.

$ _____

Debtor  _St. Luke Baptist Church_
        Name                                         Case number _(if known)_ _____

67. **Do your lists or records include personally identifiable information of customers (as defined in 11 U.S.C. §§ 101(41A) and 107)?**

☒ No
☐ Yes

68. **Is there an amortization or other similar schedule available for any of the property listed in Part 10?**

☒ No
☐ Yes

69. **Has any of the property listed in Part 10 been appraised by a professional within the last year?**

☒ No
☐ Yes

---

## Part 11:   All other assets

70. **Does the debtor own any other assets that have not yet been reported on this form?**
    Include all interests in executory contracts and unexpired leases not previously reported on this form.

    ☐ No. Go to Part 12.
    ☒ Yes. Fill in the information below.

                                                                            **Current value of
                                                                            debtor's interest**

71. **Notes receivable**
    Description (include name of obligor)

    _____ – _____ = → $_____
    Total face amount   doubtful or uncollectible amount

72. **Tax refunds and unused net operating losses (NOLs)**
    Description (for example, federal, state, local)

    _____  Tax year _____  $_____
    _____  Tax year _____  $_____
    _____  Tax year _____  $_____

73. **Interests in insurance policies or annuities**

    _____          $_____

74. **Causes of action against third parties (whether or not a lawsuit
    has been filed)**

    _____          $_____

    **Nature of claim** _____
    **Amount requested** $_____

75. **Other contingent and unliquidated claims or causes of action of
    every nature, including counterclaims of the debtor and rights to
    set off claims**

    St. Luke v. Southwest Baptist Conference          $403,000.00
    **Nature of claim** Civil Suit - Wrongful foreclosure - State Court
    **Amount requested** $ 1.2 million

76. **Trusts, equitable or future interests in property**

                                                                            $_____

77. **Other property of any kind not already listed** _Examples:_ Season tickets,
    country club membership

    _____          $_____
    _____          $_____

78. **Total of Part 11.**
    Add lines 71 through 77. Copy the total to line 90.          $403,000.00

79. **Has any of the property listed in Part 11 been appraised by a professional within the last year?**

    ☒ No
    ☐ Yes

Debtor _31. Core Barn Oven_____

Name

| Part 12: | Summary |

In Part 12 copy all of the totals from the earlier parts of the form.

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|

80. **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1.*  $ 6500.00

81. **Deposits and prepayments.** *Copy line 9, Part 2.*  $ 0

82. **Accounts receivable.** *Copy line 12, Part 3.*  $ 0

83. **Investments.** *Copy line 17, Part 4.*  $ 0

84. **Inventory.** *Copy line 23, Part 5.*  $ 0

85. **Farming and fishing-related assets.** *Copy line 33, Part 6.*  $ 0

86. **Office furniture, fixtures, and equipment; and collectibles.**
   *Copy line 43, Part 7.*  $ 3200.00

87. **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.*  $ 0

88. **Real property.** *Copy line 56, Part 9.* ......................................→  $ 1,298,807.00

89. **Intangibles and intellectual property.** *Copy line 66, Part 10.*  $ 0

90. **All other assets.** *Copy line 78, Part 11.*  + $ ~~No Value~~ 403,000.00

91. **Total. Add lines 80 through 90 for each column.** .......................... 91a.  $ ~~Unreal~~ 403,000.00  + 91b.  $ 1,298,807.00

92. **Total of all property on Schedule A/B.** Lines 91a + 91b = 92. ................................................................  $ 1,701,807.00

**Fill in this information to identify the case:**

Debtor name ___St. Luke Baptist Church___

United States Bankruptcy Court for the: ___Central___ District of ___CA___
(State)

Case number (If known): _____

☐ Check if this is an
amended filing

## Official Form 206D
# Schedule D: Creditors Who Have Claims Secured by Property          12/15

Be as complete and accurate as possible.

1. **Do any creditors have claims secured by debtor's property?**
   ☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.
   ☒ Yes. Fill in all of the information below.

| Part 1: | List Creditors Who Have Secured Claims |
| --- | --- |

2. List in alphabetical order all creditors who have secured claims. If a creditor has more than one secured claim, list the creditor separately for each claim.

|  | | **Column A**<br>Amount of claim<br>Do not deduct the value of collateral. | **Column B**<br>Value of collateral that supports this claim |
| --- | --- | --- | --- |

**2.1**

Creditor's name
___BDM Mortgage___

Creditor's mailing address
___21601 Devonshire St___
___Suite 219___
___Chatsworth, CA 91311___

Creditor's email address, if known
_____

Date debt was incurred ___2001___
Last 4 digits of account number ___ ___ ___ ___

Do multiple creditors have an interest in the same property?
☐ No
☒ Yes. Specify each creditor, including this creditor, and its relative priority.
_____

Describe debtor's property that is subject to a lien
___3415 Delta Ave___
___1401 W 34th St___
___3406 Denver Ave___
___3420 Denver Ave___
Describe the lien
_____

Is the creditor an insider or related party?
☒ No
☐ Yes

Is anyone else liable on this claim?
☒ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☒ Disputed

$ 293,000.00         $ 1.2 million

**2.2**

Creditor's name
___Southwest Baptist Conference___

Creditor's mailing address
___6116 Arosa Street___
___San Diego, CA 92115___

Creditor's email address, if known
_____

Date debt was incurred ___2011___
Last 4 digits of account number ___ ___ ___ ___

Do multiple creditors have an interest in the same property?
☐ No
☒ Yes. Have you already specified the relative priority?
  ☐ No. Specify each creditor, including this creditor, and its relative priority.

  ☒ Yes. The relative priority of creditors is specified on lines _____

Describe debtor's property that is subject to a lien
___3415 Delta Ave___
___1401 W. 34th St___
___3406 and 3420 Denver Ave___
Describe the lien
_____

Is the creditor an insider or related party?
☐ No
☐ Yes

Is anyone else liable on this claim?
☐ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 110,000.00         $ 1.2 million

3. **Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any.**

$ 403,000.00

Debtor _____   Case number (if known) _____
        Name

| **Part 1:** | **Additional Page** | Column A | Column B |
|---|---|---|---|
| | | **Amount of claim** | **Value of collateral that supports this claim** |
| | | Do not deduct the value of collateral. | |

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

**2._** Creditor's name

Describe debtor's property that is subject to a lien

_____   $_____   $_____

Creditor's mailing address

_____

_____

Describe the lien

_____

Creditor's email address, if known

**Is the creditor an insider or related party?**

_____

☐ No
☐ Yes

Date debt was incurred _____

**Is anyone else liable on this claim?**

☐ No

Last 4 digits of account number  ___ ___ ___ ___

☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H).

**Do multiple creditors have an interest in the same property?**

**As of the petition filing date, the claim is:**
Check all that apply.

☐ No

☐ Contingent

☐ Yes. Have you already specified the relative priority?

☐ Unliquidated
☐ Disputed

   ☐ No. Specify each creditor, including this creditor, and its relative priority.

   _____

   _____

   _____

   ☐ Yes. The relative priority of creditors is specified on lines _____

**2._** Creditor's name

Describe debtor's property that is subject to a lien

_____   $_____   $_____

Creditor's mailing address

_____

_____

Describe the lien

_____

Creditor's email address, if known

**Is the creditor an insider or related party?**

_____

☐ No
☐ Yes

Date debt was incurred _____

**Is anyone else liable on this claim?**

☐ No

Last 4 digits of account number  ___ ___ ___ ___

☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H).

**Do multiple creditors have an interest in the same property?**

**As of the petition filing date, the claim is:**
Check all that apply.

☐ No

☐ Contingent

☐ Yes. Have you already specified the relative priority?

☐ Unliquidated
☐ Disputed

   ☐ No. Specify each creditor, including this creditor, and its relative priority.

   _____

   _____

   _____

   ☐ Yes. The relative priority of creditors is specified on lines _____

Debtor    St. Luke Baptist Church
_____
Name

Case number (if known) _____

| Part 2: | List Others to Be Notified for a Debt Already Listed in Part 1 |

List in alphabetical order any others who must be notified for a debt already listed in Part 1. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for secured creditors.

If no others need to be notified for the debts listed in Part 1, do not fill out or submit this page. If additional pages are needed, copy this page.

| Name and address | On which line in Part 1 did you enter the related creditor? | Last 4 digits of account number for this entity |
|---|---|---|
| None | | |
| | Line 2. __ | __ __ __ __ |
| | Line 2. __ | __ __ __ __ |
| | Line 2. __ | __ __ __ __ |
| | Line 2. __ | __ __ __ __ |
| | Line 2. __ | __ __ __ __ |
| | Line 2. __ | __ __ __ __ |
| | Line 2. __ | __ __ __ __ |
| | Line 2. __ | __ __ __ __ |
| | Line 2. __ | __ __ __ __ |
| | Line 2. __ | __ __ __ __ |
| | Line 2. __ | __ __ __ __ |
| | Line 2. __ | __ __ __ __ |
| | Line 2. __ | __ __ __ __ |
| | Line 2. __ | __ __ __ __ |

Fill in this information to identify the case:

Debtor _St. Luke Baptist Church_____

United States Bankruptcy Court for the: _Central_____ District of _CA_
                                                                    (State)

Case number
(If known) _____

☐ Check if this is an
   amended filing

## Official Form 206E/F

# Schedule E/F: Creditors Who Have Unsecured Claims                    12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims. List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

### Part 1:   List All Creditors with PRIORITY Unsecured Claims

1. Do any creditors have priority unsecured claims? (See 11 U.S.C. § 507).
   ☒ No. Go to Part 2.
   ☐ Yes. Go to line 2.

2. List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part. If the debtor has more than 3 creditors with priority unsecured claims, fill out and attach the Additional Page of Part 1.

| | | Total claim | Priority amount |
|---|---|---|---|

**2.1** | Priority creditor's name and mailing address

_____

_____

_____

Date or dates debt was incurred

_____

Last 4 digits of account
number ___ ___ ___ ___

Specify Code subsection of PRIORITY unsecured
claim: 11 U.S.C. § 507(a) (_____)

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☐ No
☐ Yes

Total claim $_____    Priority amount $_____

**2.2** | Priority creditor's name and mailing address

_____

_____

_____

Date or dates debt was incurred

_____

Last 4 digits of account
number ___ ___ ___ ___

Specify Code subsection of PRIORITY unsecured
claim: 11 U.S.C. § 507(a) (_____)

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☐ No
☐ Yes

Total claim $_____    Priority amount $_____

**2.3** | Priority creditor's name and mailing address

_____

_____

_____

Date or dates debt was incurred

_____

Last 4 digits of account
number ___ ___ ___ ___

Specify Code subsection of PRIORITY unsecured
claim: 11 U.S.C. § 507(a) (_____)

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☐ No
☐ Yes

Total claim $_____    Priority amount $_____

Debtor _____    Case number (if known) _____
          Name

| Part 4: | Total Amounts of the Priority and Nonpriority Unsecured Claims |

5. Add the amounts of priority and nonpriority unsecured claims.

Total of claim amounts

5a. Total claims from Part 1          5a.    $_____

5b. Total claims from Part 2          5b.  + $_____

5c. Total of Parts 1 and 2            5c.    $_____
    Lines 5a + 5b = 5c.

Fill in this information to identify the case:

Debtor name _St. Luke Baptist Church_

United States Bankruptcy Court for the: _Central_ District of _CA_
(State)

Case number (if known): _____    Chapter ____

☐ Check if this is an
amended filing

Official Form 206G

# Schedule G: Executory Contracts and Unexpired Leases

12/15

Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, numbering the entries consecutively.

**1. Does the debtor have any executory contracts or unexpired leases?**

☒ No. Check this box and file this form with the court with the debtor's other schedules. There is nothing else to report on this form.

☐ Yes. Fill in all of the information below even if the contracts or leases are listed on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B).

**2. List all contracts and unexpired leases**

State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease

| 2.1 | State what the contract or lease is for and the nature of the debtor's interest | |
| | State the term remaining | |
| | List the contract number of any government contract | |

| 2.2 | State what the contract or lease is for and the nature of the debtor's interest | |
| | State the term remaining | |
| | List the contract number of any government contract | |

| 2.3 | State what the contract or lease is for and the nature of the debtor's interest | |
| | State the term remaining | |
| | List the contract number of any government contract | |

| 2.4 | State what the contract or lease is for and the nature of the debtor's interest | |
| | State the term remaining | |
| | List the contract number of any government contract | |

| 2.5 | State what the contract or lease is for and the nature of the debtor's interest | |
| | State the term remaining | |
| | List the contract number of any government contract | |

Fill in this information to identify the case and this filing:

Debtor Name _St. Luke Baptist Church_

United States Bankruptcy Court for the: _Central_  District of _CA_
(State)

Case number (*If known*): _____

## Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors    12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.

WARNING -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

### Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

☒ *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)

☒ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)

☒ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)

☒ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)

☒ *Schedule H: Codebtors* (Official Form 206H)

☒ *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)

☐ Amended *Schedule* _____

☒ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)

☒ Other document that requires a declaration _Statement of Related Cases_

I declare under penalty of perjury that the foregoing is true and correct.

Executed on _04/26/2016_         ✗ _[signature]_
MM / DD / YYYY                    Signature of individual signing on behalf of debtor

_Michele A. Dobson_
Printed name

_Attorney/Agent for Debtor_
Position or relationship to debtor

**Fill in this information to identify the case:**

Debtor name  St. Luke Baptist Church

United States Bankruptcy Court for the: Central    District of CA
(State)

Case number (If known): _____

☐ Check if this is an
amended filing

## Official Form 207

# Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy    04/16

The debtor must answer every question. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known).

| Part 1: | Income |
| --- | --- |

**1. Gross revenue from business**

☐ None

|  | Identify the beginning and ending dates of the debtor's fiscal year, which may be a calendar year | Sources of revenue<br>Check all that apply | Gross revenue<br>(before deductions and exclusions) |
| --- | --- | --- | --- |
| **From the beginning of the fiscal year to filing date:** | From 01/01/2015 to Filing date<br>MM / DD / YYYY | ☒ Operating a business<br>☐ Other _____ | $100,000.00 |
| **For prior year:** | From 01/01/2014 to 12/31/2014<br>MM / DD / YYYY | ☒ Operating a business<br>☐ Other _____ | $100,000.00 |
| **For the year before that:** | From 01/01/2013 to 12/31/2013<br>MM / DD / YYYY | ☒ Operating a business<br>☐ Other _____ | $80,000.00 |

**2. Non-business revenue**

Include revenue regardless of whether that revenue is taxable. *Non-business income* may include interest, dividends, money collected from lawsuits, and royalties. List each source and the gross revenue for each separately. Do not include revenue listed in line 1.

☒ None

|  |  | Description of sources of revenue | Gross revenue from each source<br>(before deductions and exclusions) |
| --- | --- | --- | --- |
| **From the beginning of the fiscal year to filing date:** | From _____ to Filing date<br>MM / DD / YYYY | _____ | $_____ |
| **For prior year:** | From _____ to _____<br>MM / DD / YYYY | _____ | $_____ |
| **For the year before that:** | From _____ to _____<br>MM / DD / YYYY | _____ | $_____ |

Debtor  _St. Luke Baptist Church_
Name

Case number (if known) _____

---

**Part 2:    List Certain Transfers Made Before Filing for Bankruptcy**

3. **Certain payments or transfers to creditors within 90 days before filing this case**

List payments or transfers—including expense reimbursements—to any creditor, other than regular employee compensation, within 90 days before filing this case unless the aggregate value of all property transferred to that creditor is less than $6,425. (This amount may be adjusted on 4/01/19 and every 3 years after that with respect to cases filed on or after the date of adjustment.)

☑ None

| | Creditor's name and address | Dates | Total amount or value | Reasons for payment or transfer<br>*Check all that apply* |
|---|---|---|---|---|
| 3.1. | | | $_____ | ☐ Secured debt |
| | Creditor's name | | | ☐ Unsecured loan repayments |
| | Street | | | ☐ Suppliers or vendors |
| | | | | ☐ Services |
| | City          State     ZIP Code | | | ☐ Other _____ |
| 3.2. | | | $_____ | ☐ Secured debt |
| | Creditor's name | | | ☐ Unsecured loan repayments |
| | Street | | | ☐ Suppliers or vendors |
| | | | | ☐ Services |
| | City          State     ZIP Code | | | ☐ Other _____ |

4. **Payments or other transfers of property made within 1 year before filing this case that benefited any insider**

List payments or transfers, including expense reimbursements, made within 1 year before filing this case on debts owed to an insider or guaranteed or cosigned by an insider unless the aggregate value of all property transferred to or for the benefit of the insider is less than $6,425. (This amount may be adjusted on 4/01/19 and every 3 years after that with respect to cases filed on or after the date of adjustment.) Do not include any payments listed in line 3. *Insiders* include officers, directors, and anyone in control of a corporate debtor and their relatives; general partners of a partnership debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor. 11 U.S.C. § 101(31).

☑ None

| | Insider's name and address | Dates | Total amount or value | Reasons for payment or transfer |
|---|---|---|---|---|
| 4.1. | | | $_____ | _____ |
| | Insider's name | | | _____ |
| | Street | | | _____ |
| | City          State     ZIP Code | | | |
| | Relationship to debtor | | | |
| | _____ | | | |
| 4.2. | | | $_____ | _____ |
| | Insider's name | | | _____ |
| | Street | | | _____ |
| | City          State     ZIP Code | | | |
| | Relationship to debtor | | | |
| | _____ | | | |

Debtor  _St. Luke Baptist Church_____   Case number *(if known)*_____
          Name

**5. Repossessions, foreclosures, and returns**

List all property of the debtor that was obtained by a creditor within 1 year before filing this case, including property repossessed by a creditor, sold at a foreclosure sale, transferred by a deed in lieu of foreclosure, or returned to the seller. Do not include property listed in line 6.

☑ None

| | Creditor's name and address | Description of the property | Date | Value of property |
|---|---|---|---|---|
| 5.1. | _____ | _____ | _____ | $_____ |
| | Creditor's name | | | |
| | _____ | _____ | | |
| | Street | | | |
| | _____ | _____ | | |
| | City        State      ZIP Code | | | |
| 5.2. | _____ | _____ | _____ | $_____ |
| | Creditor's name | | | |
| | _____ | _____ | | |
| | Street | | | |
| | _____ | _____ | | |
| | City        State      ZIP Code | | | |

**6. Setoffs**

List any creditor, including a bank or financial institution, that within 90 days before filing this case set off or otherwise took anything from an account of the debtor without permission or refused to make a payment at the debtor's direction from an account of the debtor because the debtor owed a debt.

☑ None

| | Creditor's name and address | Description of the action creditor took | Date action was taken | Amount |
|---|---|---|---|---|
| | _____ | _____ | _____ | $_____ |
| | Creditor's name | | | |
| | _____ | | | |
| | Street | | | |
| | _____ | Last 4 digits of account number: XXXX– _ _ _ _ | | |
| | City        State      ZIP Code | | | |

**Part 3:    Legal Actions or Assignments**

**7. Legal actions, administrative proceedings, court actions, executions, attachments, or governmental audits**

List the legal actions, proceedings, investigations, arbitrations, mediations, and audits by federal or state agencies in which the debtor was involved in any capacity—within 1 year before filing this case.

☐ None

| | Case title | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|---|
| 7.1. | St. Luke v. Southwest Conference | Civil Suit | Superior Court of CA     Name    275 Magnolia Ave     Street     Long Beach CA 90802     City    State    ZIP Code | ☑ Pending ☐ On appeal ☐ Concluded |
| | Case number | | | |
| | NC060479 | | | |
| 7.2. | Case title _____ | | Court or agency's name and address     Name _____     Street _____     City    State    ZIP Code | ☐ Pending ☐ On appeal ☐ Concluded |
| | Case number _____ | | | |

Debtor  _St. Luke Baptist Church_____  Case number _(if known)_ _____

Name

**8. Assignments and receivership**

List any property in the hands of an assignee for the benefit of creditors during the 120 days before filing this case and any property in the hands of a receiver, custodian, or other court-appointed officer within 1 year before filing this case.

☒ None

| Custodian's name and address | Description of the property | Value |
|---|---|---|
| | | $_____ |
| Custodian's name | Case title | Court name and address |
| Street | | |
| | | Name |
| City          State     ZIP Code | Case number | Street |
| | | |
| | Date of order or assignment | City          State     ZIP Code |

---

**Part 4:   Certain Gifts and Charitable Contributions**

**9.  List all gifts or charitable contributions the debtor gave to a recipient within 2 years before filing this case unless the aggregate value of the gifts to that recipient is less than $1,000**

☒ None

| Recipient's name and address | Description of the gifts or contributions | Dates given | Value |
|---|---|---|---|
| 9.1. Recipient's name | | | $_____ |
| Street | | | |
| City          State     ZIP Code | | | |
| Recipient's relationship to debtor | | | |
| 9.2. Recipient's name | | | $_____ |
| Street | | | |
| City          State     ZIP Code | | | |
| Recipient's relationship to debtor | | | |

---

**Part 5:   Certain Losses**

**10. All losses from fire, theft, or other casualty within 1 year before filing this case.**

☒ None

| Description of the property lost and how the loss occurred | Amount of payments received for the loss If you have received payments to cover the loss, for example, from insurance, government compensation, or tort liability, list the total received. List unpaid claims on Official Form 106A/B (_Schedule A/B: Assets – Real and Personal Property_). | Date of loss | Value of property lost |
|---|---|---|---|
| | | | $_____ |

Debtor _St. Luke Baptist Church_____   Case number (if known)_____

___Name___

| Part 6: | Certain Payments or Transfers |
|---|---|

**11. Payments related to bankruptcy**

List any payments of money or other transfers of property made by the debtor or person acting on behalf of the debtor within 1 year before the filing of this case to another person or entity, including attorneys, that the debtor consulted about debt consolidation or restructuring, seeking bankruptcy relief, or filing a bankruptcy case.

☑ None

| Who was paid or who received the transfer? | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|
| 11.1. _____ | _____ | _____ | $_____ |
| **Address** | _____ | | |
| _____ | | | |
| Street | | | |
| _____ | | | |
| City        State     ZIP Code | | | |
| **Email or website address** | | | |
| _____ | | | |
| **Who made the payment, if not debtor?** | | | |
| _____ | | | |

| Who was paid or who received the transfer? | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|
| 11.2. _____ | _____ | _____ | $_____ |
| **Address** | _____ | | |
| _____ | | | |
| Street | | | |
| _____ | | | |
| City        State     ZIP Code | | | |
| **Email or website address** | | | |
| _____ | | | |
| **Who made the payment, if not debtor?** | | | |
| _____ | | | |

**12. Self-settled trusts of which the debtor is a beneficiary**

List any payments or transfers of property made by the debtor or a person acting on behalf of the debtor within 10 years before the filing of this case to a self-settled trust or similar device.
Do not include transfers already listed on this statement.

☑ None

| Name of trust or device | Describe any property transferred | Dates transfers were made | Total amount or value |
|---|---|---|---|
| _____ | _____ | _____ | $_____ |
| **Trustee** | | | |
| _____ | _____ | | |

Debtor _____    Case number *(if known)* _____
        Name

**13. Transfers not already listed on this statement**

List any transfers of money or other property—by sale, trade, or any other means—made by the debtor or a person acting on behalf of the debtor within 2 years before the filing of this case to another person, other than property transferred in the ordinary course of business or financial affairs. Include both outright transfers and transfers made as security. Do not include gifts or transfers previously listed on this statement.

☑ None

| | Who received transfer? | Description of property transferred or payments received or debts paid in exchange | Date transfer was made | Total amount or value |
|---|---|---|---|---|
| 13.1. | _____ | _____ | _____ | $_____ |
| | | _____ | | |
| | **Address** | | | |
| | _____ | | | |
| | Street | | | |
| | _____ | | | |
| | City        State        ZIP Code | | | |
| | **Relationship to debtor** | | | |
| | _____ | | | |
| | | | | |
| | Who received transfer? | | | $_____ |
| 13.2. | _____ | _____ | _____ | |
| | **Address** | _____ | | |
| | _____ | | | |
| | Street | | | |
| | _____ | | | |
| | City        State        ZIP Code | | | |
| | **Relationship to debtor** | | | |
| | _____ | | | |

---

**Part 7:    Previous Locations**

**14. Previous addresses**

List all previous addresses used by the debtor within 3 years before filing this case and the dates the addresses were used.

☑ Does not apply

| | Address | Dates of occupancy |
|---|---|---|
| 14.1. | _____ | From _____  To _____ |
| | Street | |
| | _____ | |
| | City        State        ZIP Code | |
| 14.2. | _____ | From _____  To _____ |
| | Street | |
| | _____ | |
| | City        State        ZIP Code | |

Debtor _St. Luke Baptist Church_____   Case number (if known)_____
Name

---

| Part 8: | Health Care Bankruptcies |
|---|---|

**15. Health Care bankruptcies**

Is the debtor primarily engaged in offering services and facilities for:

— diagnosing or treating injury, deformity, or disease, or

— providing any surgical, psychiatric, drug treatment, or obstetric care?

☑ No. Go to Part 9.

☐ Yes. Fill in the information below.

| Facility name and address | Nature of the business operation, including type of services the debtor provides | If debtor provides meals and housing, number of patients in debtor's care |
|---|---|---|
| 15.1. | | |
| Facility name | | |
| | Location where patient records are maintained (if different from facility address). If electronic, identify any service provider. | How are records kept? |
| Street | | *Check all that apply:* |
| | | ☐ Electronically |
| City        State        ZIP Code | | ☐ Paper |

| Facility name and address | Nature of the business operation, including type of services the debtor provides | If debtor provides meals and housing, number of patients in debtor's care |
|---|---|---|
| 15.2. | | |
| Facility name | | |
| | Location where patient records are maintained (if different from facility address). If electronic, identify any service provider. | How are records kept? |
| Street | | *Check all that apply:* |
| | | ☐ Electronically |
| City        State        ZIP Code | | ☐ Paper |

---

| Part 9: | Personally Identifiable Information |
|---|---|

**16. Does the debtor collect and retain personally identifiable information of customers?**

☑ No.

☐ Yes. State the nature of the information collected and retained. _____

Does the debtor have a privacy policy about that information?

☐ No

☐ Yes

**17. Within 6 years before filing this case, have any employees of the debtor been participants in any ERISA, 401(k), 403(b), or other pension or profit-sharing plan made available by the debtor as an employee benefit?**

☑ No. Go to Part 10.

☐ Yes. Does the debtor serve as plan administrator?

☐ No. Go to Part 10.

☐ Yes. Fill in below:

Name of plan                                        Employer identification number of the plan

_____        EIN: __ __ - __ __ __ __ __ __ __

Has the plan been terminated?

☐ No

☐ Yes

---

Debtor _____     Case number (if known) _____
              Name

| Part 10: | Certain Financial Accounts, Safe Deposit Boxes, and Storage Units |

**18. Closed financial accounts**

Within 1 year before filing this case, were any financial accounts or instruments held in the debtor's name, or for the debtor's benefit, closed, sold, moved, or transferred?
Include checking, savings, money market, or other financial accounts; certificates of deposit; and shares in banks, credit unions, brokerage houses, cooperatives, associations, and other financial institutions.

☑ None

| Financial institution name and address | Last 4 digits of account number | Type of account | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---|---|---|---|---|
| 18.1. _____ Name _____ Street _____ City    State    ZIP Code | XXXX–__ __ __ __ | ☐ Checking ☐ Savings ☐ Money market ☐ Brokerage ☐ Other_____ | _____ | $_____ |
| 18.2. _____ Name _____ Street _____ City    State    ZIP Code | XXXX–__ __ __ __ | ☐ Checking ☐ Savings ☐ Money market ☐ Brokerage ☐ Other_____ | | $_____ |

**19. Safe deposit boxes**

List any safe deposit box or other depository for securities, cash, or other valuables the debtor now has or did have within 1 year before filing this case.

☑ None

| Depository institution name and address | Names of anyone with access to it | Description of the contents | Does debtor still have it? |
|---|---|---|---|
| _____ Name _____ Street _____ City    State    ZIP Code | _____ _____ Address _____ _____ | _____ _____ _____ | ☐ No ☐ Yes |

**20. Off-premises storage**

List any property kept in storage units or warehouses within 1 year before filing this case. Do not include facilities that are in a part of a building in which the debtor does business.

☑ None

| Facility name and address | Names of anyone with access to it | Description of the contents | Does debtor still have it? |
|---|---|---|---|
| _____ Name _____ Street _____ City    State    ZIP Code | _____ _____ Address _____ _____ | _____ _____ _____ | ☐ No ☐ Yes |

Debtor _____     Case number (if known) _____
        Name

---

**Part 11:**    **Property the Debtor Holds or Controls That the Debtor Does Not Own**

21. **Property held for another**
    List any property that the debtor holds or controls that another entity owns. Include any property borrowed from, being stored for, or held in trust. Do not list leased or rented property.

    ☑ None

| Owner's name and address | Location of the property | Description of the property | Value |
|---|---|---|---|
| | | | $_____ |
| _____ | _____ | _____ | |
| Name | | | |
| _____ | _____ | _____ | |
| Street | | | |
| _____ | | | |
| City          State     ZIP Code | | | |

---

**Part 12:**    **Details About Environmental Information**

For the purpose of Part 12, the following definitions apply:

■ *Environmental law* means any statute or governmental regulation that concerns pollution, contamination, or hazardous material, regardless of the medium affected (air, land, water, or any other medium).

■ *Site* means any location, facility, or property, including disposal sites, that the debtor now owns, operates, or utilizes or that the debtor formerly owned, operated, or utilized.

■ *Hazardous material* means anything that an environmental law defines as hazardous or toxic, or describes as a pollutant, contaminant, or a similarly harmful substance.

**Report all notices, releases, and proceedings known, regardless of when they occurred.**

22. **Has the debtor been a party in any judicial or administrative proceeding under any environmental law?** Include settlements and orders.

    ☑ No
    ☐ Yes. Provide details below.

| Case title | Court or agency name and address | Nature of the case | Status of case |
|---|---|---|---|
| _____ | | _____ | ☐ Pending |
| Case number | Name | _____ | ☐ On appeal |
| _____ | _____ | _____ | ☐ Concluded |
| | Street | | |
| | _____ | | |
| | City       State      ZIP Code | | |

23. **Has any governmental unit otherwise notified the debtor that the debtor may be liable or potentially liable under or in violation of an environmental law?**

    ☑ No
    ☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|
| | | _____ | _____ |
| _____ | _____ | _____ | |
| Name | Name | | |
| _____ | _____ | _____ | |
| Street | Street | | |
| _____ | _____ | | |
| City       State     ZIP Code | City       State     ZIP Code | | |

---

Debtor _____          Case number *(if known)* _____
          Name

**24. Has the debtor notified any governmental unit of any release of hazardous material?**

☒ No

☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|
| | | | _____ |
| Name | Name | | |
| Street | Street | | |
| City          State          ZIP Code | City          State          ZIP Code | | |

---

| **Part 13:** | **Details About the Debtor's Business or Connections to Any Business** |
|---|---|

**25. Other businesses in which the debtor has or has had an interest**

List any business for which the debtor was an owner, partner, member, or otherwise a person in control within 6 years before filing this case.
Include this information even if already listed in the Schedules.

☒ None

| | Business name and address | Describe the nature of the business | Employer identification number<br>Do not include Social Security number or ITIN. |
|---|---|---|---|
| 25.1. | | | EIN: __ __ - __ __ __ __ __ __ __ |
| | Name | | **Dates business existed** |
| | Street | | |
| | City     State     ZIP Code | | From _____   To _____ |
| 25.2. | | | EIN: __ __ - __ __ __ __ __ __ __ |
| | Name | | **Dates business existed** |
| | Street | | |
| | City     State     ZIP Code | | From _____   To _____ |
| 25.3. | | | EIN: __ __ - __ __ __ __ __ __ __ |
| | Name | | **Dates business existed** |
| | Street | | |
| | City     State     ZIP Code | | From _____   To _____ |

Debtor _____          Case number (*if known*)_____
                    Name

**26. Books, records, and financial statements**

26a. List all accountants and bookkeepers who maintained the debtor's books and records within 2 years before filing this case.

❏ None

| Name and address | Dates of service |
| --- | --- |

26a.1. _____          From _____    To _____
          Name

          _____
          Street

          _____
          City                    State          ZIP Code

| Name and address | Dates of service |
| --- | --- |

26a.2. _____          From _____    To _____
          Name

          _____
          Street

          _____
          City                    State          ZIP Code

26b. List all firms or individuals who have audited, compiled, or reviewed debtor's books of account and records or prepared a financial statement within 2 years before filing this case.

❏ None

| Name and address | Dates of service |
| --- | --- |

26b.1. _____          From _____    To _____
          Name

          _____
          Street

          _____
          City                    State          ZIP Code

| Name and address | Dates of service |
| --- | --- |

26b.2. _____          From _____    To _____
          Name

          _____
          Street

          _____
          City                    State          ZIP Code

26c. List all firms or individuals who were in possession of the debtor's books of account and records when this case is filed.

❏ None

| Name and address | If any books of account and records are unavailable, explain why |
| --- | --- |

26c.1. _____          _____
          Name
                                                  _____
          _____
          Street                                  _____

          _____
          City                    State          ZIP Code

Debtor _____        Case number (if known) _____
       Name

| Name and address | If any books of account and records are unavailable, explain why |
|---|---|

26c.2.

Name _____        _____

Street _____        _____

_____

City                                State        ZIP Code

26d. List all financial institutions, creditors, and other parties, including mercantile and trade agencies, to whom the debtor issued a financial statement within 2 years before filing this case.

☐ None

**Name and address**

26d.1.

Name _____

Street _____

_____

City                                State        ZIP Code

**Name and address**

26d.2.

Name _____

Street _____

_____

City                                State        ZIP Code

27. **Inventories**

Have any inventories of the debtor's property been taken within 2 years before filing this case?

☑ No

☐ Yes. Give the details about the two most recent inventories.

| Name of the person who supervised the taking of the inventory | Date of inventory | The dollar amount and basis (cost, market, or other basis) of each inventory |
|---|---|---|
| _____ | _____ | $_____ |

**Name and address of the person who has possession of inventory records**

27.1.

Name _____

Street _____

_____

City                                State        ZIP Code

Debtor _____    Case number (if known) _____
          Name

| | Name of the person who supervised the taking of the inventory | Date of inventory | The dollar amount and basis (cost, market, or other basis) of each inventory |
|---|---|---|---|
| | _____ | _____ | $ _____ |

Name and address of the person who has possession of inventory records

27.2. _____
      Name

      _____
      Street

      _____
      City                    State        ZIP Code

28. List the debtor's officers, directors, managing members, general partners, members in control, controlling shareholders, or other people in control of the debtor at the time of the filing of this case.

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| _____ | _____ | _____ | _____ |
| _____ | _____ | _____ | _____ |
| _____ | _____ | _____ | _____ |
| _____ | _____ | _____ | _____ |
| _____ | _____ | _____ | _____ |

29. Within 1 year before the filing of this case, did the debtor have officers, directors, managing members, general partners, members in control of the debtor, or shareholders in control of the debtor who no longer hold these positions?

☒ No
☐ Yes. Identify below.

| Name | Address | Position and nature of any interest | Period during which position or interest was held |
|---|---|---|---|
| _____ | _____ | _____ | From _____ To _____ |
| _____ | _____ | _____ | From _____ To _____ |
| _____ | _____ | _____ | From _____ To _____ |
| _____ | _____ | _____ | From _____ To _____ |

30. **Payments, distributions, or withdrawals credited or given to insiders**

Within 1 year before filing this case, did the debtor provide an insider with value in any form, including salary, other compensation, draws, bonuses, loans, credits on loans, stock redemptions, and options exercised?

☒ No
☐ Yes. Identify below.

| Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|---|---|---|
| 30.1. _____ | _____ | _____ | _____ |
| Name | | | |
| _____ | | _____ | |
| Street | | | |
| _____ | | _____ | |
| City          State     ZIP Code | | | |
| Relationship to debtor | | _____ | |

Debtor _____    Case number *(if known)* _____
         Name

| | | |
|---|---|---|

Name and address of recipient

30.2

Name _____

Street _____

City _____ State _____ ZIP Code _____

Relationship to debtor

_____

31. Within 6 years before filing this case, has the debtor been a member of any consolidated group for tax purposes?

☒ No
☐ Yes. Identify below.

Name of the parent corporation                    Employer Identification number of the parent corporation

_____          EIN: __ __ – __ __ __ __ __ __ __

32. Within 6 years before filing this case, has the debtor as an employer been responsible for contributing to a pension fund?

☒ No
☐ Yes. Identify below.

Name of the pension fund                    Employer Identification number of the pension fund

_____          EIN: __ __ – __ __ __ __ __ __ __

## Part 14:    Signature and Declaration

**WARNING** -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.
18 U.S.C. §§ 152, 1341, 1519, and 3571.

I have examined the information in this *Statement of Financial Affairs* and any attachments and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  04 / 26 / 2016
             MM / DD  /YYYY

✗ _____        Printed name  Michele A. Rohser
Signature of individual signing on behalf of the debtor

Position or relationship to debtor   Agent

Are additional pages to *Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy* (Official Form 207) attached?

☒ No
☐ Yes

**Fill in this information to identify your case:**

Debtor 1    _St. Luke Baptist Church_
      First Name       Middle Name       Last Name

Debtor 2    First Name       Middle Name       Last Name
(Spouse, if filing)

United States Bankruptcy Court for the: _Central_ District of _California_

Case number
(If known) _____

☐ Check if this is an amended filing

## Official Form 104

# For Individual Chapter 11 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims Against You and Are Not Insiders

12/15

If you are an individual filing for bankruptcy under Chapter 11, you must fill out this form. If you are filing under Chapter 7, Chapter 12, or Chapter 13, do not fill out this form. Do not include claims by anyone who is an *insider*. Insiders include your relatives; any general partners; relatives of any general partners; partnerships of which you are a general partner; corporations of which you are an officer, director, person in control, or owner of 20 percent or more of their voting securities; and any managing agent, including one for a business you operate as a sole proprietor. 11 U.S.C. § 101. Also, do not include claims by secured creditors unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information.

| Part 1: | List the 20 Unsecured Claims in Order from Largest to Smallest. Do Not Include Claims by Insiders. |
|---|---|

_None_

                                          Unsecured claim

**1**

What is the nature of the claim? _____ $_____

_____
Creditor's Name

As of the date you file, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
☐ None of the above apply

_____
Number     Street

_____
City     State     ZIP Code

Does the creditor have a lien on your property?
☐ No
☐ Yes. Total claim (secured and unsecured):   $_____

_____
Contact

         Value of security:   − $_____

_____
Contact phone

         Unsecured claim   $_____

**2**

What is the nature of the claim? _____ $_____

_____
Creditor's Name

As of the date you file, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
☐ None of the above apply

_____
Number     Street

_____
City     State     ZIP Code

Does the creditor have a lien on your property?
☐ No
☐ Yes. Total claim (secured and unsecured):   $_____

_____
Contact

         Value of security:   − $_____

_____
Contact phone

         Unsecured claim   $_____

Debtor 1 _____ _____ _____          Case number (if known) _____
First Name      Middle Name      Last Name

**Unsecured claim**

**3**

Creditor's Name _____

Number       Street _____

_____

City       State   ZIP Code

Contact _____

Contact phone _____

**What is the nature of the claim?** _____    $ _____

**As of the date you file, the claim is:** Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed
- ☐ None of the above apply

**Does the creditor have a lien on your property?**
- ☐ No
- ☐ Yes. Total claim (secured and unsecured):  $ _____
           Value of security:   – $ _____
           Unsecured claim        $ _____

**4**

Creditor's Name _____

Number       Street _____

_____

City       State   ZIP Code

Contact _____

Contact phone _____

**What is the nature of the claim?** _____    $ _____

**As of the date you file, the claim is:** Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed
- ☐ None of the above apply

**Does the creditor have a lien on your property?**
- ☐ No
- ☐ Yes. Total claim (secured and unsecured):  $ _____
           Value of security:   – $ _____
           Unsecured claim        $ _____

**5**

Creditor's Name _____

Number       Street _____

_____

City       State   ZIP Code

Contact _____

Contact phone _____

**What is the nature of the claim?** _____    $ _____

**As of the date you file, the claim is:** Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed
- ☐ None of the above apply

**Does the creditor have a lien on your property?**
- ☐ No
- ☐ Yes. Total claim (secured and unsecured):  $ _____
           Value of security:   – $ _____
           Unsecured claim        $ _____

**6**

Creditor's Name _____

Number       Street _____

_____

City       State   ZIP Code

Contact _____

Contact phone _____

**What is the nature of the claim?** _____    $ _____

**As of the date you file, the claim is:** Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed
- ☐ None of the above apply

**Does the creditor have a lien on your property?**
- ☐ No
- ☐ Yes. Total claim (secured and unsecured):  $ _____
           Value of security:   – $ _____
           Unsecured claim        $ _____

**7**

Creditor's Name _____

Number       Street _____

_____

City       State   ZIP Code

Contact _____

Contact phone _____

**What is the nature of the claim?** _____    $ _____

**As of the date you file, the claim is:** Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed
- ☐ None of the above apply

**Does the creditor have a lien on your property?**
- ☐ No
- ☐ Yes. Total claim (secured and unsecured):  $ _____
           Value of security:   – $ _____
           Unsecured claim        $ _____

Debtor 1 _____    Case number (if known) _____
First Name    Middle Name    Last Name

Unsecured claim

**18**

Creditor's Name

Number    Street

City    State    ZIP Code

Contact

Contact phone

What is the nature of the claim? _____    $ _____

As of the date you file, the claim is: Check all that apply.
- ❑ Contingent
- ❑ Unliquidated
- ❑ Disputed
- ❑ None of the above apply

Does the creditor have a lien on your property?
- ❑ No
- ❑ Yes. Total claim (secured and unsecured):    $ _____
    Value of security:    − $ _____
    Unsecured claim    $ _____

**19**

Creditor's Name

Number    Street

City    State    ZIP Code

Contact

Contact phone

What is the nature of the claim? _____    $ _____

As of the date you file, the claim is: Check all that apply.
- ❑ Contingent
- ❑ Unliquidated
- ❑ Disputed
- ❑ None of the above apply

Does the creditor have a lien on your property?
- ❑ No
- ❑ Yes. Total claim (secured and unsecured):    $ _____
    Value of security:    − $ _____
    Unsecured claim    $ _____

**20**

Creditor's Name

Number    Street

City    State    ZIP Code

Contact

Contact phone

What is the nature of the claim? _____    $ _____

As of the date you file, the claim is: Check all that apply.
- ❑ Contingent
- ❑ Unliquidated
- ❑ Disputed
- ❑ None of the above apply

Does the creditor have a lien on your property?
- ❑ No
- ❑ Yes. Total claim (secured and unsecured):    $ _____
    Value of security:    − $ _____
    Unsecured claim    $ _____

---

**Part 2:    Sign Below**

---

Under penalty of perjury, I declare that the information provided in this form is true and correct.

✗ _____    ✗ _____
Signature of Debtor 1    Signature of Debtor 2

Date  4/27/2016    Date _____
MM / DD / YYYY    MM / DD / YYYY

Official Form 201A (12/15)

*[If debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11 of the Bankruptcy Code, this Exhibit "A" shall be completed and attached to the petition.]*

*[Caption as in Form 416B]*

## Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11

1. If any of the debtor's securities are registered under Section 12 of the Securities Exchange Act of 1934, the SEC file number is Not Applicable.

2. The following financial data is the latest available information and refers to the debtor's condition on _____.

   a. Total assets                                              $ 900,000.00

   b. Total debts (including debts listed in 2.c., below)       $ 403,000.00

   c. Debt securities held by more than 500 holders

                                                                Approximate number of holders:

   secured ☒  unsecured ☐  subordinated ☐  $ 293k               1
   secured ☐  unsecured ☒  subordinated ☐  $ 110k               1
   secured ☐  unsecured ☐  subordinated ☐  $ _____            _____
   secured ☐  unsecured ☐  subordinated ☐  $ _____            _____
   secured ☐  unsecured ☐  subordinated ☐  $ _____            _____

   d. Number of shares of preferred stock                       N/A
   e. Number of shares common stock                             N/A

   Comments, if any: _____

3. Brief description of debtor's business: A not for profit Baptist Church.

4. List the names of any person who directly or indirectly owns, controls, or holds, with power to vote, 5% or more of the voting securities of debtor: None

Mailing List
In Re St. Luke Baptist Church


BDM Mortgage
21601 Devonshire Street
Suite 219
Chatsworth, CA  91311

Southwest Baptist Conference
Converge Southwest
6166 Arosa Street
San Diego, CA 92115